RITA LEMONS and heirs
Vs.
Joe PAYTON LEE

Appeal # 01-
01-15-00701-CV

( ) IN THE UNITED STATE
( ) APPEALS COURT
tal. ( ) HARRIS COUNTY, TX

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS
OCT 16 2015
CHRISTOPHER A. PRINE
CLERK

## Application TO PROCEED FORMA PAUPerous

I swear under Penalty of law to the following facts presented in this Application to proceed without payment I, Rita Lemons is currently unable to pay the cost or court. I am the Appellant/Movant. I verify that the statements made in this Affidavit are true and correct.

I am a dedicated Head of Household parent with 9 grandbabies. My income currently is 0, ZERO I have no checking accounts. I currently own no property. I currently reside at my deceased dad's address and I am awaiting the probating of his estate. I am behind in the Mortgage payments, the last payment of $8,300.00 I paid was in March 2013. I currently receive $134.20 in Food Stamps

The Expenses are lights, Water and telephone. last payment on lights was $300.00, telephone $45.00 Major water leek has water bill $800. gas $80.00. I struggle to pay these monthly expenses.

I currently am not able to pay court cost fees Because I have no income. I certify that the statements herein this Affidavit are true and correct. Please grant my application to proceed as an Indigent Litigant. I am over age 18 and I am competant to make this Affidavit based on my personal knowledge,

# NOTARY ACKNOWLEDGMENT

On 06-15-2015 personally appeared Rita Lemons, Affiant and depose and state the assertions in this Affidavit declaring indigency.

Subscribed and Sworn to before me, by Rita Lemons

Signature: _Rita Lemons_

Rita Joe Lemons

## NOTARY PUBLIC STATE OF TEXAS

My commission expires: 03 / 23 / 2019.

Seal:

ANTHONY RAY BECERRA
Notary Public, State of Texas
My Commission Expires
March 23, 2019

Notary PUBLIC Signature:

_Rita Lemons_

16215 Diamond Ridge Dr.
Houston, TX. 77053
(832) 705-6898